Selection Criteria

| | |
|---|---|
| Slip.Transaction Dat | 12/6/2013 - 12/23/2013 |
| Slip.Description | Contains: penirian |
| Slip.Classification | Open |
| Clie.Selection | Include: Brookside Commons Condo |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 203737    TIME<br>12/19/2013<br>WIP<br>Telephone conversation with Bankruptcy attorney to get update regarding Bankruptcy Filing<br>PENIRIAN, 181 Kingsbrook | MDF<br>T/C<br>Brookside Commons Con | 0.00<br>0.00 | 30.00<br>Flat | 30.00 |
| 203750    EXP<br>12/19/2013<br>WIP<br>Copies of Chapter 13 Bankruptcy Docket, Petition, Schedules, Plan, and Motion to Extend Automatic Stay<br>PENIRIAN, 181 Kingsbrook | MDF<br>Copies<br>Brookside Commons Con | 60 | 0.10 | 6.00 |
| 203751    TIME<br>12/19/2013<br>WIP<br>Prepare and file Notice of Appearance in Chapter 13 Bankruptcy Case<br>PENIRIAN, 181 Kingsbrook | MDF<br>Prepare<br>Brookside Commons Con | 0.25<br>0.00 | 210.00<br>T@1 | 52.50 |
| 203752    TIME<br>12/19/2013<br>WIP<br>Review of Schedules, Plan and Motion to Extend Stay and Calculate Plan in Chapter 13 Bankruptcy Case<br>PENIRIAN, 181 Kingsbrook | MDF<br>Prepare<br>Brookside Commons Con | 0.50<br>0.00 | 210.00<br>T@1 | 105.00 |
| 203753    TIME<br>12/19/2013<br>WIP<br>T/c to Bankruptcy Attorney re: Motion to Extend Stay<br>PENIRIAN, 181 Kingsbrook | MDF<br>T/C<br>Brookside Commons Con | 0.00<br>0.00 | 30.00<br>Flat | 30.00 |
| 203810    TIME<br>12/20/2013<br>WIP<br>Draft proof of claim in bankruptcy and all attachments<br>PENIRIAN, 181 Kingsbrook | MDF<br>Draft proof of claim<br>Brookside Commons Con | 1.50<br>0.00 | 210.00<br>T@1 | 315.00 |
| 203812    TIME<br>12/23/2013<br>WIP<br>Draft objections to Motion to Extend Automatic Stay<br>PENIRIAN, 181 Kingsbrooke | MDF<br>Draft objections to<br>Brookside Commons Con | 0.50<br>0.00 | 210.00<br>T@1 | 105.00 |

12/23/2013             Zelmanski, Danner & Fioritto, PLLC
1:20 PM                     Slip Listing                              Page    2

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 203813        TIME<br>12/23/2013<br>WIP<br>Draft objections to Chapter 13 Plan<br>PENIRIAN, 181 Kingsbrooke | MDF<br>Draft objections to<br>Brookside Commons Con | 0.50<br>0.00 | 210.00<br>T@1 | 105.00 |
| 203814        TIME<br>12/23/2013<br>WIP<br>Draft Notice of Post-Petition Mortgage fees and Expenses<br>PENIRIAN, 181 Kingsbrooke | MDF<br>Draft ...<br>Brookside Commons Con | 0.25<br>0.00 | 210.00<br>T@1 | 52.50 |

Grand Total

| | | | |
|---|---|---|---|
| Billable | 3.50 | | 801.00 |
| Unbillable | 0.00 | | 0.00 |
| Total | 3.50 | | 801.00 |