# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

IN RE:

FRANK KASPER PENIRIAN,
Debtor.

_____/

CHAPTER 13
CASE NO. 13-62013-PJS
JUDGE PHILLIP J SHEFFERLY

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with due notice having been provided, and after reviewing the Court's file and those representations made on the record, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

☐      A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 U.S.C. § 1307(c).

☐      A request for the voluntary dismissal of the case, made by debtor by written request filed with the Court, or by appearing before the court and/or Trustee.

x      An oral motion to dismiss by the Chapter 13 Trustee, made on the record, and not opposed by the Debtor who were present personally or by counsel.

☐      An oral motion to dismiss by the Chapter 13 Trustee, made on the record, as neither Debtor nor debtor's counsel was present at time of hearing.

☐      Upon the denial of confirmation of the Debtor's Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

☐      For failure to _____ pursuant to a Hearing on the Court's Order to Show Cause regarding same.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C. § 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the Debtor, if any;

**IT IS FURTHER ORDERED** that KRISPEN S. CARROLL, TRUSTEE, is discharged as Trustee and the Trustee and her surety are released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that in the event that the Chapter 13 Plan has not been confirmed, the Trustee shall be allowed an administrative expense of $100.00 to be paid after payment of fees to the Clerk of the Court to defray the Trustee's costs and expenses of administering the case to date.

/s/Maria Gotsis
_____
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
Chapter 13 Trustee
719 Griswold
1100 Chrysler House
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

.

Signed on March 08, 2014

         /s/ Phillip J. Shefferly
         Phillip J. Shefferly
         United States Bankruptcy Judge